IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-299 |
| MAJID MORRIS | : | |

## O R D E R

AND NOW, this 6th day of Jan, 2016, upon consideration of the Government's Motion to Dismiss Indictment as to Majid Morris, and having been advised that defendant Majid Morris is deceased, it is hereby

ORDERED

that the Indictment is dismissed as to this defendant.

BY THE COURT:

_____
NITZA I. QUINONES ALEJANDRO
*Judge, United States District Court*